IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                     )
ANNE-MARIE FINNELL and                )
JEFF FINNELL,                         )
4208 Yuma St., NW                     )
Washington, DC  20016,                )
            Plaintiffs,               )
                                      )
v.                                    )
                                      )
THE DISTRICT OF COLUMBIA,             )
One Judiciary Square                  )
441 Fourth Street, NW                 )
Washington, DC  20001,                )
            Defendant.                )
_____ )
```

### COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiffs Anne-Marie and Jeff Finnell, on behalf of their minor child and through undersigned counsel, for their complaint herein allege as follows:

### INTRODUCTION

1. This is a claim for injunctive relief brought under the federal Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400-1461. The Plaintiffs seek an injunction ordering the District of Columbia to reimburse them for reasonable expenses incurred in providing for special education services for J.F. through private providers.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over the Plaintiffs' federal claims pursuant to 28 U.S.C. § 1331, in that the action arises under the laws of the United States. This Court is a proper venue for this action pursuant to 28 U.S.C. § 1391(b)(1) and (2).

3. The Plaintiffs have participated in an impartial administrative hearing conducted by the DCPS Office of Management Services. On June 27, 2005 the Hearing Officer ruled in the Plaintiffs' favor on several issues, but denied the Plaintiffs the relief sought in this action.

## PARTIES

4. Anne-Marie and Jeff Finnell are the adult parents of J.F., a three-year-old girl born on December 5, 2001. Mr. and Mrs. Finnell reside with J.F. in Washington, DC.

5. The District of Columbia is a municipal corporation that receives federal financial assistance for providing special education. The District of Columbia Public Schools ("DCPS") is the agency of the District of Columbia responsible for providing free and appropriate public education to disabled children in the District of Columbia.

## FACTS

6. J.F. has been determined to be eligible for special education and related services as a developmentally delayed child.

7. J.F.'s third birthday was on December 5, 2004.

8. As of December 5, 2004, DCPS had not developed an Individualized Education Plan ("IEP") for J.F..

9. DCPS developed an IEP for J.F. on January 3, 2005.

10. In addition to specialized instruction, the IEP prescribed two hours of occupational therapy, one hour of physical therapy, and one hour of speech and language services per week.

11. J.F.'s IEP was inappropriate for J.F. in that it did not prescribe enough physical therapy and speech and language therapy for J.F..

12. Two hours per week of each of occupational therapy, physical therapy, and speech and language services is an appropriate amount of services for J.F..

13. As of the time of the administrative hearing request and as of the time of the hearing, DCPS had provided J.F. none of the services prescribed in her IEP.

14. From December 5, 2004 until the date of the administrative hearing, the Plaintiffs provided specialized instruction, occupational therapy, physical therapy, and speech and language services to J.F. through private contractors.

15. J.F. received educational benefit from the services identified in Paragraph 14.

16. On June 27, 2005, David R. Smith issued a Hearing Officer's Decision ("HOD").

17. In the HOD, Mr. Smith found that DCPS had not provided any services to J.F., and that the IEP created by DCPS was inappropriate because it did not prescribe enough physical therapy and speech and language services.

## COUNT I: FAILURE TO PROVIDE FREE APPROPRIATE PUBLIC EDUCATION

18. The allegations of Paragraphs 1-17 above are incorporated herein as if repeated verbatim.

19. The IDEA requires the Defendant to provide all children with disabilities in its jurisdiction free appropriate public education ("FAPE").

20. The Defendant has violated the IDEA by denying J.F. a FAPE by failing to provide her with appropriate special education services from December 5, 2004.

WHEREFORE, the Plaintiff respectfully requests that this Court:

1) issue an injunction ordering the Defendants reimburse the Plaintiffs for all reasonable expenses incurred in providing J.F. with special education services since December 5, 2004;

2) award the Plaintiff attorneys' fees and costs of this action;

3) award any other relief the Court deems just.

Respectfully submitted,

_____
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038