UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ANNE-MARIE FINNELL, et al.,             )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No. 05-1477 (PLF)
                                        )
DISTRICT OF COLUMBIA, et al.,           )
                                        )
            Defendant.                  )
_____)

ORDER

        The complaint in this case was filed on July 27, 2005, but there is no record

that a copy of the complaint has been served on the defendants.  Plaintiff's attention is directed

to Fed. R. Civ. P. 4(m), which provides:

        If service of the summons and complaint is not made upon a
        defendant within 120 days after the filing of the complaint, the
        court, upon motion or on its own initiative after notice to the
        plaintiff, shall dismiss the action without prejudice as to that
        defendant or direct that service be effected within a specified
        time; provided that if the plaintiff shows good cause for the
        failure, the court shall extend the time for service for an
        appropriate period.

        In order to avoid the finality of a mandatory dismissal, it is hereby

        ORDERED that within 15 days of the date of this order, plaintiff either cause

process to be served and proof of service to be filed with the Court, or file a status report with

the Court advising why service has not been made.

        SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: December 5, 2005