IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE-MARIE FINNELL, et al.,<br>Plaintiffs, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 05-1477<br>) PLF |
| THE DISTRICT OF COLUMBIA,<br>Defendant. | )<br>)<br>) |

**NOTICE AND STIPULATION OF DISMISSAL**

Plaintiffs Anne-Marie and Jeffrey Finnell, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims and states as follows:

1) The Plaintiffs have obtained the relief sought through other channels.

2) The only issue remaining is attorneys' fees, from which the Plaintiffs have been relieved and which counsel chooses not to pursue.

3) For these reasons, neither the Plaintiffs nor their minor child will be harmed by the dismissal.

4) The Defendants have made no counter claims and have not filed an Answer, so they will not be harmed by the dismissal.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038

1